AO 442 (Rev. 01/09) Arrest Warrant

FID# 109100783

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**GEORGE MILLER**<br>*Defendant* | ) FILE UNDER SEAL<br>)<br>) Case No. 19-20219 SHL<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **GEORGE MILLER**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(1) - Unlawful Shipment, Transfer, Receipt, or Possession by a Felon;
18 U.S.C. 924(c) - Use/Carry of Firearm During Crime of Violence/Drug Trafficking Offense; and
21 U.S.C. § 841 - Manufacture, Distribute, Dispense, Possess a Controlled Substance.

Date: 08/22/2019

*Issuing officer's signature*

City and state:   Memphis, TN 38103

THOMAS M. GOULD, CLERK U.S. DISTRICT COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 22 Aug 2019, and the person was arrested on *(date)* 23 Aug 2019
at *(city and state)* Memphis, TN

Date: 23 Aug 2019

*Arresting officer's signature*

Darrel Welton   DUSM
*Printed name and title*

UNITED STATES MARSHALS
WESTERN TENNESSEE
2019 AUG 22 PM 4: 08